FILED
CLERK
10/18/2024 7:53 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANET HOSKINS, ET AL, | . Civil No. 23-cv-02289-DG-AYS |
| Vs. | . |
| | . 100 Federal Plaza |
| CONTOUR MORTGAGE CORPORATION | . Central Islip, NY 11722 |
| | . September 9, 2024 |

. . . . . . . . . . . . . . . .

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE ANNE Y. SHIELDS
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For The Plaintiffs: SWARTZ SWIDLER, LLC
BY: JUSTIN LEE SWIDLER, ESQ.
9 Tanner Street
Suite 101
Haddonfield, NJ 08033

For The Defendant: JACKSON LEWIS, PC
BY: NOEL P. TRIPP, ESQ.
58 South Service Road
Suite 250
Melville, NY 11747

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

**TRACY GRIBBEN TRANSCRIPTION, LLC**
**PO BOX 688**
**Middletown, NJ 07748**
**(732) 263-0044 Fax No. 732-865-7179**
**800 603-6212**
**www.tgribbentranscription.com**

THE CLERK: Calling 23-cv-2289, Hopkins, et al versus Contour Mortgage Corporation. Please state your appearances for the record.

MR. SWIDLER: Good morning, Your Honor, Justin Swidler for the plaintiffs.

THE COURT: Good morning.

MR. TRIPP: Good morning, Your Honor, Noel Tripp from Jackson Lewis for the defendant.

THE COURT: Good morning. So I know that, you know, a lot of time has gone by and I think that you had tried to mediate it. And there was some back and forth. You have not consented to my jurisdiction as far as I can see. I do know that the District Court has referred me the motion to dismiss. So barring -- you can consent for the motion if you want by the way and not for the case. Unless you wanted to take another, you know, add a year to it, another year to the case because it will be an R&R basis. So I don’t know if you’ve talked about consent. You’ve talked about consent for a motion, anybody?

MS. SWIDLER: Your Honor, we can talk about, specifically about consent to the motion. But right now the parties have not managed to reach an agreement as to consent.

THE COURT: All right, why don’t you think about consent for the motion, because if you want the case to move at all after, you know, trying to settle it, and going back and forth, that’s one way to probably cut another year out of it.

But it is up to you whether you want to do that or not.

I think at this point what I'm going to do is, we're not going to go forward with discovery at this point, we're going to go forward with the motion to dismiss. But I'd like to see it briefed pretty quickly, subject to, you know, your abilities. So let me ask the defendant. How much time to you want?

MR. TRIPP: Could we at least have a week, Your Honor?

THE COURT: A week, sure, I was going to give you more. Do you want more, but truthfully.

MR. TRIPP: A week from this Friday, the 20th.

THE COURT: Take two weeks. And what do you need to respond?

MS. SWIDLER: Your Honor, can I look at my calendar one second?

THE COURT: Sure.

MS. SWIDLER: Thank you.

MR. TRIPP: -- Jewish holidays --

THE COURT: They're late this year, they're either very late or very early, they're never on time.

MS. SWIDLER: I don't have the holidays on my calendar right now, but unless it is a holiday, October 11th, which is three weeks after will be fine.

MR. TRIPP: October 11th is Yom Kippur.

MS. SWIDLER: Oh, it is.

THE COURT: It is.

MS. SWIDLER: Thank you.

THE COURT: Why don't you go into the following Monday.

MS. SWIDLER: Okay, well if we could have until the Tuesday, just --

THE COURT: Yes, that makes sense.

MS. SWIDLER: Okay. So that would be October 15th, Your Honor.

THE COURT: Okay. And then what do you need to reply?

MR. TRIPP: Can we just have two weeks on reply to --

THE COURT: Yes, sure. Okay. Bundling rule, don't file it until it's fully briefed. The moving party does the filing. Or no, I'm sorry, everybody files your own, but nothing gets filed until, you know, the date that it's fully briefed. Just stick to the page limit, the font size. Don't use footnotes. That's it. All right, I'll look forward to that.

Anything else you need, anything -- I know you've tried to settle it, so I'm not going to berate that any more. But is there anything else anybody can do for you? Start with the plaintiff.

MS. SWIDLER: Well Your Honor, it sounds like you're

decided that there won't be discovery pending the motion, so --

THE COURT: Not yet. Yes.

MS. SWIDLER: So based on that, there's nothing else we can do. Thank you.

THE COURT: Okay. Defendant, do you need anything?

MR. TRIPP: Nothing else, Your Honor.

THE COURT: Okay, very good. Thank you.

* * * * *

**C E R T I F I C A T I O N**

I, **PATRICIA POOLE**, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

/S/ PATRICIA POOLE

TRACY GRIBBEN TRANSCRIPTION, LLC DATE: October 15, 2024